# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| **EFREN F. CORRAL**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No: 16 C 4315 |
| | ) | |
| **CAROLYN COLVIN**, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM ORDER

Efren Corral ("Corral") has utilized three Clerk's-Office-supplied forms -- a "Complaint Under the Civil Rights Act, Title 42 Section 1983" (the "Complaint"), an In Forma Pauperis Application ("Application") and a Motion for Attorney Representation ("Motion") -- to bring what purports to be an action against Commissioner of Social Security Carolyn Colvin. But each of those documents is hopelessly inadequate to the task:

1. As for the Complaint, it simply names Commissioner Colvin as defendant and is then left totally blank, except that:

   (a) a copy of a Social Security Administration "Notice of Decision -- Unfavorable" dated June 27, <u>2014</u> and containing the standard notification that any appeal must be filed "**within 60 days** of the date you get this notice" is attached to the Complaint form; and

   (b) Corral has also attached another page bearing his signature and stating only: "Does not agree with judges decision on his disability case."

2. As for the Application, in solely financial terms it would suffice to entitle Corral to in forma pauperis status, but it cannot be granted because of the clearly frivolous nature of the Complaint.

3. As for the Motion, Corral reflects that he has communicated with attorney Barry Schultz seeking representation, but that does nothing to salvage the plainly inadequate Complaint.

Accordingly both the Complaint and this action are dismissed with prejudice, while the Application and the Motion are denied as moot. This is a final order terminating the case.

_____
Milton I. Shadur
Senior United States District Judge

Date: April 21, 2016